# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  BML MOTORS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CIV-2014-304-L |
| | ) |
| 1.  COLUMBIA NATIONAL INSURANCE COMPANY, a foreign for-profit Insurance Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, BML Motors, Inc. and Defendant, Columbia National Insurance Company, file this Stipulation of Dismissal Without Prejudice to the refiling thereof.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

        s/ Brad Miller
Brad Miller, OBA # 11437
Jamie Rhoades Antonisse, OBA #20612
MILLER & JOHNSON, PLLC
1221 N. Francis Ave., Suite B
Oklahoma City, Oklahoma 73106
Telephone: (405) 896-4388
Fax: (405) 609-2995
E-mail bmiller@millerjohnson.com;
jantonisse@millerjohnson.com
**Counsel for Defendant**